1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

12  JAMES A. BROWN,

        Petitioner,
13        v.

14  UNITED STATES DISTRICT COURT,

15        Respondent.

16

Case No. C10-5287BHS/JRC

ORDER TO FILE AN
AMENDED PETITION

17    The petitioner in this action is seeking habeas corpus relief from a state conviction.  Thus,
18 the petition is properly considered pursuant to 28 U.S.C. § 2254.  Petitioner has named the
19
20 United States District Court as the respondent.

21    A proper respondent is "the person having custody of the person detained." 28 U.S.C. §
22 2243.  This person typically is the superintendent of the facility in which the petitioner is
23 incarcerated.  Failure to name the petitioner's custodian deprives federal courts of personal
24 jurisdiction.  <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir. 1994).
25
26    Petitioner is directed to file an amended complaint on the form provided by the court.
The amended petition will act as a complete substitute for the original.  The amended complaint

ORDER - 1

will be due on or before **June 11, 2010**.  Failure to comply with this order will result in a Report and Recommendation that this action be dismissed

     The Clerk is directed to mail a copy of this Order to petitioner and note the **June 11, 2010**, deadline on the court's calendar.

     Dated this 17th day of May, 2010.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER - 2