UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BROWN,<br><br>        Petitioner<br><br>    v.<br><br>STEVEN SINCLAIR,<br><br>        Respondent. | Case No. C10-5287BHS/JRC<br><br>ORDER DENYING AS<br>MOOT A MOTION FOR<br>AN EXTENSION OF TIME |

The petitioner in this action is seeking a habeas corpus relief from a state conviction pursuant to 28 U.S.C. § 2254.  Petitioner has asked for an extension of time to file an amended petition.  The petition was due on or before June 11, 2001, and it was filed June 7, 2010 (Dkt. # 12).  As the petition has been received the motion is DENIED AS MOOT.

The Clerk is directed to mail a copy of this Order to petitioner and remove Dkt. #10 from the court's calendar.

Dated this 28th day of June, 2010.

                                          J. Richard Creatura
                                          United States Magistrate Judge

ORDER - 1