1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES A. BROWN,

          Petitioner,

     v.

STEVEN SINCLAIR,

          Respondent.

Case No. C10-5287BHS/JRC

INFORMATIONAL ORDER

The petitioner in this action is seeking a habeas corpus relief from a state conviction pursuant to 28 U.S.C. § 2254.   The court has received two letters from petitioner complaining because his motion for an extension of time was denied as moot (Dkt. # 22 and 23).   Petitioner appears to be incorrectly assuming that his petition has been denied.  It has not. The court received the amended petition ahead of the deadline and ordered service of the petition on the respondent.  The court is now waiting for an answer to the petition.  The petition has not been dismissed.  There was simply no reason to address the request for extension, because the court had already ordered service.

The Clerk is directed to mail a copy of this Order to petitioner.

Dated this 3rd day of August, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1