# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES A. BROWN

v.

STEVEN SINCLAIR

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5287BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**; and

Brown's petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 is **DISMISSED without prejudice.**

November 22, 2010  
Date

BRUCE RIFKIN  
Clerk

*s/CM Gonzalez*  
Deputy Clerk